No. 75. IN RE STOLAR. Sup. Ct. Ohio. [Certiorari granted, *ante,* p. 816.] Case restored to calendar for reargument.

No. 730. HILL *v.* CALIFORNIA. Sup. Ct. Cal. [Certiorari granted, *ante,* p. 818.] Motion of petitioner for appointment of counsel granted. It is ordered that *Joseph Amato, Esquire,* of Palos Verdes Estates, California, be, and he is hereby, appointed to serve as counsel for petitioner in this case.

No. 1074, Misc. HALL *v.* WINGO, WARDEN; and
No. 1264, Misc. MAISONAVE *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. Motions for leave to file petitions for writs of habeas corpus denied.

No. 1178, Misc. LESER *v.* UNITED STATES ET AL. Motion for leave to file petition for writ of habeas corpus denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion.

No. 262, Misc. POGGI *v.* GRAY, U. S. DISTRICT JUDGE; and
No. 310, Misc. POGGI *v.* GRAY, U. S. DISTRICT JUDGE. Motions for leave to file petitions for writs of mandamus denied.

No. 696. LAW STUDENTS CIVIL RIGHTS RESEARCH COUNCIL, INC., ET AL. *v.* WADMOND ET AL. Appeal from D. C. S. D. N. Y. Probable jurisdiction noted and case set for argument immediately following No. 75 [restored to calendar, *supra*]. *Alan H. Levine, Jeremiah S. Gutman,* and *Leonard B. Boudin* for appellants. *Louis J. Lefkowitz,* Attorney General of New York, and *Daniel M. Cohen,* Assistant Attorney General, for appellees.